JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>                Plaintiff,<br><br>                v.<br><br>THE LOS ANGELES FILM SCHOOL, LLC, et al.,<br><br>                Defendants. | Case No. 2:18-cv-08604 CJC (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: October 17, 2019

                                              THE HONORABLE CORMAC J. CARNEY
                                              United States District Judge